**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

<u>Via ECF</u>

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> This request is GRANTED. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> June 7, 2024

Re:   <u>United States v. Guzman</u>
      24 Mag. 2044 (UA)

Dear Judge Willis,

    I write with the consent of the Government to respectfully request that the Court modify the conditions of Mr. Guzman's personal recognizance bond to permit two of his cousins to co-sign as financially responsible persons, in place of one of his siblings.

    At Mr. Guzman's May 31, 2024 remote bail argument, the Court released Mr. Guzman directly from the hospital subject to certain conditions, including that his personal recognizance bond be co-signed by his girlfriend (who was present in court), as well as two financially responsible persons to include at least one sibling. *See* Docs. 7, 8. Mr. Guzman's girlfriend executed the bond that day, and Mr. Guzman (despite not being able to put weight on either of his broken feet and despite not having a wheelchair) reported as directed to the courthouse on the morning of Monday, June 3, 2024 to be processed by the Marshals and appear at Pretrial Services.

    After further conversations with Mr. Guzman and his family, however, our office has concluded that two of Mr. Guzman's cousins would be better qualified to co-sign on his bond than his siblings, as the Court originally ordered. Both cousins are employed, have no criminal records, and have been interviewed and approved by the Government. Accordingly, we respectfully request that the Court modify the conditions of Mr. Guzman's bond to permit two of his cousins to sign as financially responsible persons in place of his siblings.

                                         Respectfully submitted,

                                         /s/

                                         Neil P. Kelly
                                         Assistant Federal Defender
                                         (212) 417-8744

cc:   AUSA William Kinder